UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

| TO: | Clerk of the Court | | DATE: | 06/12/2017 |
|---|---|---|---|---|
| | 1415 State Street | | CASE NO.: | ND17-10169-DS |
| | Santa Barbara, CA  93101 | | BAR DATE: | 06/06/2017 |
| | | | % TO UNSEC: | 7.00% |

## NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  Fredda J. Thomas, 319 Wynn Ct., Thousand Oaks, CA  91362

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Fredda J. Thomas | 319 Wynn Ct. Thousand Oaks, CA  91362 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | Julie J Villalobos | Oaktree Law 10900 183rd St Ste 270 Cerritos, CA  90703 | | $2,000.00 | $2,000.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | U.S. Bank Trust National Association, as Tru ACCT# 2859 | c/o SN Servicing Corporation 323 5th Street Eureka, CA  95501 | 06/06/2017 | $0.00 | $24,499.07 | 0.00 | RESIDENCE |
| 0002 | HILLCREST TOWNHOMES OWNERS ASSOCIATION ACCT# 5061 | 5805 SEPULVEDA BOULEVARD, #670 VAN NUYS, CA  91411 | | $16,000.00 | $16,000.00 | 5.00 | RESIDENCE |
| 0003 | Account Recovery Services ACCT# 2374 | 3031 N 114th St Milwaukee, WI  53222 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0004 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 6549 | P O BOX 12914 NORFOLK, VA  23541 | 06/06/2017 | $5,662.00 | $5,662.01 | 0.00 | UNSECURED |
| 0005 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 0441 | P O BOX 12914 NORFOLK, VA  23541 | 06/06/2017 | $672.00 | $672.37 | 0.00 | UNSECURED |
| 0006 | CLEARPATH FCU ACCT# 0202 | 4801 SAN FERNANDO ROAD WEST LOS ANGELES, CA  90039 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0007 | FIDELITY CREDITOR SERVICES ACCT# 2531 | 441 N. VARNEY ST 2ND FLOOR BURBANK, CA  91502 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0008 | Capital One, N.A. ACCT# 6415 | c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | 04/17/2017 | $284.00 | $219.08 | 0.00 | UNSECURED |

|  |  | TOTAL PRIORITY: | $2,000.00 |
|---|---|---|---|
|  |  | TOTAL SECURED: | $40,499.07 |
|  |  | TOTAL UNSECURED: | $6,553.46 |
|  |  | TOTAL ALL CLAIMS: | $49,052.53 |

NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

### * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0003 | Account Recovery Services<br>ACCT# 2374 | 3031 N 114th St<br>Milwalkee, WI  53222 | NO CLAIM FILED |
| 0006 | CLEARPATH FCU<br>ACCT# 0202 | 4801 SAN FERNANDO ROAD WEST<br>LOS ANGELES, CA  90039 | NO CLAIM FILED |
| 0007 | FIDELITY CREDITOR SERVICES<br>ACCT# 2531 | 441 N. VARNEY ST 2ND FLOOR<br>BURBANK, CA  91502 | NO CLAIM FILED |

DATED: June 16, 2017

/s/ Elizabeth F. Rojas

Elizabeth Rojas, Trustee

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403, and that on June 16, 2017, I mailed and/or electronic copies were served to:

Fredda J. Thomas
319 Wynn Ct.
Thousand Oaks, CA 91362

Julie J Villalobos
Oaktree Law
10900 183rd St Ste 270
Cerritos, CA 90703

Clerk of the Court
1415 State Street
Santa Barbara, CA 93101

Executed at Sherman Oaks, California on June 12, 2017.

/s/ Ellen Latsch

Ellen Latsch
Claims Administrator