Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Fredda J. Thomas<br><br><br>                               Debtor | CHAPTER 13 CASE NO.  9:17-bk-10169-DS<br><br>NOTICE THAT TRUSTEE WILL NO LONGER PAY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRU BASED ON EVIDENCE THAT CLAIM HAS BEEN PAID IN FULL OR FORGIVEN |

   Notice is hereby given that the Chapter 13 Trustee has received a refund and/or correspondence indicating that Trustee claim #1: U.S. Bank Trust National Association, as Tru  (account #2859), filed or designated by the debtor, has been paid in full.  The Trustee will forever cease distribution on this claim unless otherwise notified in writing by the debtor or creditor that the Trustee should continue to pay the claim.

   A copy of the documentation received by the Trustee is available, and will be provided, to any interested party making such a request.

DATE:  August 15, 2018                                                          /s/ Elizabeth F. Rojas
                                                                                                 Elizabeth F. Rojas, TRUSTEE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA  91403, and that on August 15, 2018, I served the within document(s) on all parties in interest listed below, by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

Fredda J. Thomas
319 Wynn Ct.
Thousand Oaks, CA  91362

JULIE J. VILLALOBOS
Oaktree Law
10900 183rd Street, #270
Cerritos, CA  90703

U.S. Bank Trust National Association, as Tru
c/o SN Servicing Corporation
323 5th Street
Eureka, CA  95501

Executed at Sherman Oaks, California on August 15, 2018.

/s/ Ellen Latsch
Ellen Latsch