| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos**<br>**Oaktree Law**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382**<br>**julie@oaktreelaw.com** | **FILED & ENTERED**<br><br>**FEB 17 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ortiz    **DEPUTY CLERK** |

☐ *Debtor appearing without attorney*
☒ *Attorney for:*
☐ *Chapter 13 trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re

FREDDA THOMAS,

Debtor.

CASE NO. 9:17-bk-10169-DS

CHAPTER 13

**ORDER ON:**

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**
☐ **OTHER:**

☒ No hearing held
☐ Hearing held

Based on Debtor's motion filed on (*date*) 1/27/2021 as docket entry number 55 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted        ☐    Denied

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion:

**Provided the percentage to the unsecured creditors is increased to 100%. The trustee can take statutory fees on claims paid through escrow. The trustee will demand $14,000.**

\\

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3015-1.14.ORDER.CH13.GENRL

☒ Granted on the following conditions:

**The creditor consents to the debtor's proposed sale of the subject property, provided, the creditor is paid in full pursuant to a payoff quote provided by the creditor; or, the creditor otherwise agrees in writing.**

☐ Set for hearing on (*date*) _____ at (*time*) _____.

### ###

Date: February 17, 2021

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**